UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

JAMAL FRAZIER,
        Plaintiff

    V.

STATE OF NEW YORK,
        Defendant.

08 CV 4295(RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    A copy of the complaint in the above entitled action is to be forwarded to the Attorney General's Office for the State of New York. The Attorney General's office is to answer the complaint and identify Officer Glore, at Sing Sing Correctional Facility, named in the complaint.

Dated: May 16, 2008
      New York, New York

SO ORDERED.

*[signature]*

ROBERT P. PATTERSON, JR.
U.S.D.J.

cc: State of New York
    Department of Law
    120 Broadway
    NY NY   10271

    Jamal Frazier 07A4280
    Sing Sing Correctional Facility
    354 Hunter Street
    Ossining, NY 10562

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08