

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL





May 27, 2008

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Hon. Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

Re: <u>Frazier v. Glore</u>, 08 CV 4295

Dear Judge Patterson:

    I write with respect to the Court's May 16, 2008 Order in this matter, directing the Attorney General's Office to "answer the complaint and identify Officer Glore, at Sing Sing Correctional Facility, named in the complaint." We have determined that an Officer Corey Glore was employed by Sing Sing C.F. at the date and time alleged in the complaint. Officer Glore worked on a 6:00 AM to 2:00 PM shift on the day in question. I understand that Officer Glore still works at Sing Sing on the same shift. The U.S. Marshall generally follows a procedure of requesting an acknowledgment of service by mail at an officer's facility, in this case Sing Sing.

    With respect to the Court's direction that the Attorney General's office answer the complaint, this Office has no power under Section 17 of the New York Public Officers Law to answer or otherwise appear in this matter unless and until a defendant is served and requests representation under Section 17. This Office has no authority to accept service on behalf of a Corrections Officer. Accordingly, we will not be in a position to answer until the events required by Section 17 have occurred.

**MEMO ENDORSEMENT READS:**

*Application granted. The Order is amended to require an answer after service of the complaint.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 5/27/08*

cc: Jamol Frazier
    DIN #07A4280

Very truly yours,

Richard W. Brewster
Deputy Bureau Chief
Law Enforcement Litigation
212-416-8650

*Application granted. The order is amended to require an answer after service of the complaint. So ordered.*
*RPP 5/27/08*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us